# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 08    0889    WHA

UNITED STATES OF AMERICA,

V.

OWEN DUNN

FILED

DEC 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

## INDICTMENT

21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) - Distribution & Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

21 U.S.C. § 860(a) - Distribution & Possession with Intent to Distribute Cocaine Base in the Form of Crack Within 1,000 Feet of a Public School, Playground, and Public Housing Facility

A true bill.

_____ Foreman

Filed in open court this ___ day of _____

BETTY P. LEE

Clerk EDWARD M. CHEN
~~UNITED~~ STATES MAGISTRATE JUDGE

Bail, $ _____

No bail warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

See Attached.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

See Attached.

[redacted]

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

Jon Dubin - Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  William Frentzen

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEFENDANT - U.S.

▶ OWEN DUNN

DEC 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 08   0889

WHA

---- DEFENDANT ----

IS NOT IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## OWEN DUNN

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) - Distribution & Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

21 U.S.C. § 860(a) - Distribution & Possession with Intent to Distribute Cocaine Base in the Form of Crack Within 1,000 Feet of a Public School, Playground, and Public Housing Facility

Count One: Not less than 5 years and not more than 80 years imprisonment; not more than a $4,000,000 fine; at least 8 years supervised release; and a $100 special assessment.

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

**FILED**

DEC  9 2008

UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) – Distribution and Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine; 21 U.S.C. § 860(a) – Distribution and Possession with Intent to Distribute Cocaine Base in the Form of Crack Within 1,000 Feet of a Public School, Playground, and Public Housing Facility. |
| v. | |
| OWEN DUNN, | |
| Defendant. | |

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about March 21, 2008, in the Northern District of California, the defendant,

OWEN DUNN,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit, 5 grams or more of crack cocaine, a mixture and substance which contained cocaine base, within 1,000 feet of a housing facility owned by a public housing

1  authority in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii) and
2  860(a).

3  DATED:                                          A TRUE BILL.

5  12/9/08

   _____
   FOREPERSON

7  JOSEPH P. RUSSONIELLO
   United States Attorney

10 JAMES T. CHOU
   Chief, Organized Crime Strike Force

13 (Approved as to form: _____ )
14                        AUSA William Frentzen

INDICTMENT                              2