JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6959

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br><br>OWEN DUNN,<br><br>    Defendant. | No. CR 08-0889 WHA<br><br><br><br>UNITED STATES MOTION AND STIPULATION AND <s>PROPOSED</s> ORDER CONTINUING THE STATUS DATE |

    The parties stipulated and agreed at the status hearing date of January 20, 2009 that the defendant's motion to disclose informant be set for March 17, 2009. Such motion must be filed by February 17, 2009. The government must respond by March 3, 2009. Defendant shall reply by March 10, 2009. Time under the Speedy Trial Act shall be excluded to the scheduled motion hearing date of March 17, 2009, the Court having found the ends of justice are best served by such continuance so that continuity of counsel can be maintained and counsel can prepare, and such continuity and preparation outweigh the best interests of public and defendants in a speedy

//

//

STIP. AND [PROPOSED] ORDER
CASE NO. CR 08-0889 WHA          1

1  trial. 18 U.S.C. 3161.

3  .DATED: January 21, 2009

4                                        Respectfully submitted,

5                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney

6                                        BRIAN J. STRETCH
7                                        Chief, Criminal Division

8                                              /s/
9                                        WILLIAM FRENTZEN
                                         Assistant United States Attorney

11                                             /s/
12                                       TONY BRASS
                                         Attorney for OWEN DUNN

14  IT IS SO ORDERED
15  DATED:  January 22, 2009

17  _____
18  WILLIAM H. ALSUP
    United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. CR 08-0889 WHA                  2