|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | | SAN FRANCISCO DIVISION |

UNITED STATES OF AMERICA,　　　　　)　　No. CR 08-889 WHA
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　 )　　[PROPOSED] ORDER EXCLUDING
　　　　　　　　　　　　　　　　　　)　　TIME FROM SPEEDY TRIAL ACT
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　DATE:　　July 14, 2009
　　　　　　　　　　　　　　　　　　)　　TIME:　　2:00 p.m.
OWEN DUNN,　　　　　　　　　　　　 )　　COURT:　 Hon. William H. Alsup
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
_____)

　　Upon consideration of the joint request by the parties for exclusion of time during the hearing conducted on June 23, 2009, and good cause appearing therefor,

　　THE COURT HEREBY FINDS, upon consideration of the attorneys' needs to effectively prepare the matter and for continuity of counsel, taking into account the exercise of due diligence, that the ends of justice served by a continuance outweigh the best interest of the public and the defendants in a speedy trial.

　　IT IS THE ORDER OF THE COURT, that the time from June 23, 2009, up to and including July 14, 2009, shall be excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A).

　　SO ORDERED, this ___10___ day of ___July___, 2009.

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge William Alsup