**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,                     No. C 08-00889 WHA
11              Plaintiff,
12        v.                                       **ORDER TO SHOW CAUSE**
13   OWEN DUNN,
14              Defendant.
15   _____/
16          Defendant has moved to vacate, set aside, or correct his sentence. The motion and case
17   files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255.
18   The government is ordered to show cause within **60 DAYS** why the motion should not be
19   granted, if that is its position, and to file then all portions of the record previously transcribed
20   and relevant to the motion. The Clerk shall serve this order upon defendant and the United
21   States. If the government opposes the motion, defendant shall have **30 DAYS** from submission
22   of the opposition to reply.
23
24        **IT IS SO ORDERED.**
25
26   Dated:  December 17, 2010.
27                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
28