IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OWEN DUNN,

    Defendant.

No. CR 08-00889 WHA

**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF SECTION 2255 MOTION**

    In response to an order to show cause, the government filed an opposition to defendant's Section 2255 motion on February 15, 2011. The order to show cause stated that defendant had 30 days thereafter to reply. That deadline having not yet passed, defendant has now submitted a letter to the Court, requesting an extension of his deadline to reply. The letter seems to indicate that defendant only received the government's brief on Monday, March 7. The reason for the delay in service appears to be that the government labeled the envelope with the wrong inmate number. The government shall please take care to label its envelopes correctly in the future.

    Good cause having been shown, this order grants defendant's request and extends the time for defendant to file a reply in support of his Section 2255 motion to **APRIL 7, 2011**.

**IT IS SO ORDERED.**

Dated: March 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE