IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00889 WHA |
| Plaintiff, | |
| v. | **ORDER TO PREPARE FINAL TRANSCRIPT** |
| OWEN DUNN, | |
| Defendant. / | |

    The court reporter shall please prepare a final transcript of the change of plea hearing on September 21, 2009, in the above-captioned matter, and file it on the docket.

**IT IS SO ORDERED.**

Dated: April 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE