IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OWEN DUNN,

    Defendant.
                                      /

No. CR 08-00889 WHA

**ORDER REGARDING LETTER FROM DEFENDANT**

Due to a clerical error, it appears that defendant was not served with the last three orders that were filed in this matter — including the order denying defendant's Section 2255 motion — until yesterday. As his case is over, defendant's subsequent request for "leave to expand the record and/or judicial notice" is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: June 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE