IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OWEN DUNN,<br><br>    Defendant.<br>                                              / | No. CR 08-00889 WHA<br><br>**ORDER REGARDING TIME TO APPEAL ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND DENYING CERTIFICATE OF APPEALABILITY** |

      On July 8, 2011, an order entered denying defendant's motion for reconsideration and denying certificate of appealability of order denying defendant's motion under Section 2255. Through inadvertent error on the part of the Court, defendant was not served with the order when it issued. Defendant has since been served with a copy of the order and now requests "an extension of time of filing a COA to the Ninth Circuit Court of Appeals." The time for appeal of the order denying defendant's motion for reconsideration and denying certificate of appealability of order denying defendant's motion under Section 2255 shall commence with the date of this order.

      The **CLERK** shall immediately serve this order on defendant.

      **IT IS SO ORDERED.**

Dated: March 29, 2012.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE