1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                                No. CR 08-00889 WHA

                    Plaintiff,

        v.                                               **ORDER DENYING REQUEST
                                                         FOR JUDICIAL NOTICE**

OWEN DUNN,

                    Defendant.
_____/

        Defendant Owen Dunn has filed a request pursuant to Federal Rule of Evidence 201 that

the Court take judicial notice "that [defendant] has filed . . . a criminal complaint against the

original lab technician Debbie Madden, Attorney Laura Suzanne Robinson and AUSA's [sic]

who have prosecuted the above case's-in-chief [sic] and subsequent post conviction proceeding's

[sic] for submitting fraudulent documentation in said proceeding's [sic] and crimes established

as a result by and through said documents" (Dkt. No. 83).  There is no need to take judicial

notice at this time.  The request for judicial notice is **DENIED**.


        **IT IS SO ORDERED.**


Dated: April 23, 2012.                          _____
                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE