MARK GOLDROSEN, CSBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

Attorney for Defendant
OWEN DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

UNITED STATES OF AMERICA, ) NO. CR-08-0889-001 WHA
)
Plaintiff, )
)
vs. ) **STIPULATION CONTINUING DATE**
) **RE: SUPERVISED RELEASE**
OWEN DUNN, ) **REVOCATION HEARING**
)
Defendant. )
)
)
)
_____ )

The parties in this case stipulate as follows:

1. The case is currently set for further proceedings related to the allegation of supervised release violations on June 20, 2017, at 2:00 p.m.

2. The parties are requesting that the date be continued because AUSA William Frentzen is unavailable to attend the hearing. He is out of the country on work-related business through the end of next week.

3. Probation Officer Mark Unalp has no objection to the continuance.

4. The next criminal calendar date at which all parties can be present is July 11,

2017, at 2:00 p.m. Mr. Unalp is unavailable on June 27 and July 4 is a court holiday.

5. It is requested that the case be continued to July 11, 2017, at 2:00 p.m., for further proceedings related to the allegations that Mr. Dunn violated his supervised release.

IT IS SO STIPULATED.

DATED: June 16, 2017

/s/ Mark Goldrosen
MARK GOLDROSEN
Attorney for Defendant OWEN DUNN

DATED: June 16, 2017

/s/ William Frentzen
WILLIAM FRENTZEN
Assistant United States Attorney

MARK GOLDROSEN, CSBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

Attorneys for Defendant
OWEN DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-08-0889-01 WHA |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| OWEN DUNN, | |
| Defendant. | |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the date for further proceedings related to the allegations that Defendant Owen Dunn violated his supervised release is continued from June 20, 2017, at 2:00 p.m. to July 11, 2017, at 2:00 p.m.

DATED: June 16, 2017.

_____
HON. WILLIAM ALSUP
United States District Judge